### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MARYLAND
### SOUTHERN DIVISION

JOHN ADKINSON, as an individual and on
behalf of all others similarly situated,

        Plaintiff,

    v.

HORIZON ACTUARIAL SERVICES, LLC,

        Defendant.

Case No.8:22-cv-00870 PWG

### <u>NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE</u>

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff John Adkinson ("Plaintiff"), by and through his undersigned counsel, hereby gives notice of voluntary dismissal of this action without prejudice.

Dated: June 13, 2022

Respectfully Submitted,

By: _/s/Gary E. Mason_____

Gary E. Mason
**MASON LLP**
5101 Wisconsin Ave., NW, Ste. 305
Washington, DC 20016
Telephone: (202) 640.1160
Email:gmason@masaonllp.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that, on this 13th day of June 2022, the foregoing was filed electronically using the Court's CM/ECF system, which filing will generate a notice of electronic filing reflecting service on all counsel of record.

*/s/Gary E. Mason*