UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| JOHN ADKINSON, as an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HORIZON ACTUARIAL SERVICES, LLC,<br><br>Defendant. | Case No.8:22-cv-00870 PWG |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff John Adkinson ("Plaintiff"), by and through his undersigned counsel, hereby gives notice of voluntary dismissal of this action without prejudice.

Dated: June 13, 2022

Respectfully Submitted,

By: /s/Gary E. Mason

Gary E. Mason
**MASON LLP**
5101 Wisconsin Ave., NW, Ste. 305
Washington, DC 20016
Telephone: (202) 640.1160
Email:gmason@masaonllp.com

*Attorney for Plaintiff*

SO ORDERED on June 14, 2022.  The Clerk is directed to CLOSE this case.

    /S/                          .
Paul W. Grimm
United States District Court